■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY ABRAMSON, on Behalf of WILBERT BOYKINS, Petitioner, v JAMES GARVEY, Respondent. [615 NYS2d 1003] —Writ of habeas corpus in the nature of an application for bail reduction upon Orange County Indictment No. 94-00317. Production of the accused has been waived.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY ABRAMSON, on Behalf of RICHARD MONROE, Petitioner, v JAMES GARVEY, Respondent. [615 NYS2d 1003] —Writ of habeas corpus in the nature of an application for bail reduction upon Orange County Indictment No. 94-00153. Production of the accused has been waived.

Upon the papers filed in support of the application and in opposition thereto, it is

Adjudged that the writ is dismissed, without costs or disbursements.

The bail determination was already reviewed by the Supreme Court, Orange County. Mangano, P. J., Copertino, Friedmann and Krausman, JJ., concur.